THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KIMBERLY GAGE, Administratrix
of the Estate of Christopher C. Murphy,
Deceased,

      Plaintiff,

  v.

SOUTHWESTERN ENERGY
COMPANY, et al.,

      Defendants.

3:17-CV-00536
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 12th DAY OF APRIL, 2018, upon consideration of Defendant's Motion to Dismiss the Amended Complaint, (Doc. 10), **IT IS HEREBY ORDERED THAT** Defendant's Motion is **DENIED.**

Robert D. Mariani
United States District Judge